```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
ERIC RAMIREZ,                            :    15cv3225 (DLC)
                                         :
              Plaintiff,                 :       ORDER
                                         :
         -v-                             :
                                         :
PORT AUTHORITY OF NEW YORK & NEW         :
JERSEY (PANYNJ), PORT AUTHORITY POLICE   :
DEPARTMENT OF NEW YORK & NEW JERSEY,     :
POLICE OFFICER KEVIN SCHPAKOW, POLICE    :
OFFICER THOMAS JARDINES, POLICE          :
OFFICER ROBERT JOSEPH, POLICE OFFICER    :
COLLIN JOURNEY, and POLICE OFFICER       :
ANDREW VANNATA, POLICE OFFICERS "JOHN    :
DOE" (1-5), THE CITY OF NEW YORK,        :
POLICE COMMISSIONER WILLIAM BRATTON,     :
THE NEW YORK CITY POLICE DEPARTMENT,     :
NEW YORK COUNTY DISTRICT ATTORNEY        :
CYRUS VANCE, JR., individually and as    :
District Attorney of New York County,    :
ASSISTANT DISTRICT ATTORNEY              :
 "JOHN DOE", individually and as an      :
Assistant District Attorney, all being   :
sued in their official and individual    :
capacities,                              :
                                         :
              Defendants.                :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order of March 7, 2016 imposed sanctions pursuant to Rule 11, Fed. R. Civ. P, against Anthony M. Mahoney and the law firms of Revellino & Byczek and Avallone & Bellistri in the amount of $15,000 ("March 7 Order"). The March 7 Order stated that, upon receipt of those funds, the Clerk shall disburse them to the Police Athletic League, 34 1/2 East 12th Street, New

York, NY 10003. The funds were paid to the Clerk of Court in May and June of 2016. An Order of May 12 stated that, during the pendency of an appeal of the March 7 Order, the funds were to be held by the Clerk of Court in an interest-bearing account. In a Summary Order of March 15, 2017, the Court of Appeals for the Second Circuit affirmed the March 7 Order. The mandate issued on April 20.

It having been reported to this Court that the funds remain in custody of the Clerk of Court, it is hereby

ORDERED that the Clerk of Court shall disburse the funds in the interest-bearing account to the Police Athletic League, Attn: Carlos Velazquez, Executive Director, 34 1/2 East 12th Street, New York, New York 10003.

IT IS FURTHER ORDERED that the Police Athletic League shall provide the Clerk of Court with the ACH transfer information, or other means of payment, necessary to effectuate the disbursement and its tax identification and withholding information.

Dated:   New York, New York
         February 21, 2025

                                       _____
                                              DENISE COTE
                                       United States District Judge